CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 12 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **JONATHAN LEE RICHES,** | ) | **Civil Action No. 7:08-cv-00084; 7:08-cv-00085;** |
| | ) | **7:08-cv-00086; 7:08-cv-00087; 7:08-cv-00088;** |
| | ) | **7:08-cv-00089; 7:08-cv-00090; 7:08-cv-00091;** |
| | ) | **7:08-cv-00092; 7:08-cv-00094; 7:08-cv-00095;** |
| | ) | **7:08-cv-00096; 7:08-cv-00097; 7:08-cv-00098;** |
| | ) | **7:08-cv-00099; 7:08-cv-00100; 7:08-cv-00101;** |
| **v.** | ) | **7:08-cv-00102; 7:08-cv-00103; 7:08-cv-00104;** |
| | ) | **7:08-cv-00105** |
| | ) | |
| | ) | **FINAL ORDER** |
| | ) | |
| **VARIOUS DEFENDANTS.** | ) | **By: Samuel G. Wilson** |
| | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED**

**AND ORDERED** that

1.      Riches' complaints in the above-referenced civil actions are hereby **DISMISSED** without

prejudice pursuant to 28 U.S.C. § 1915(g);

2.      Riches' requests to proceed in forma pauperis are **DENIED as MOOT**; and

3.      The above-referenced cases will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the

accompanying Memorandum Opinion to plaintiff.

ENTER:  This /2th day of February, 2008.

_____
United States District Judge